# United States Court of Appeals for the Fifth Circuit

United States Court of Appeals
Fifth Circuit

**FILED**
June 24, 2021

Lyle W. Cayce
Clerk

No. 21-10127
Summary Calendar

Carol M. Kam,

*Plaintiff—Appellant*,

*versus*

John B. Peyton, Jr.,

*Defendant—Appellee*.

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 3:18-CV-1447

Before Clement, Higginson, and Engelhardt, *Circuit Judges*.
Per Curiam:*

This is Carol Kam's second appeal of the district court's dismissal of her claims against the state judge who presided over her brother's probate. This court previously affirmed the district court's dismissal pursuant to the *Rooker-Feldman* doctrine. *Kam v. Peyton*, 773 F. App'x 784 (5th Cir. 2019)

---

* Pursuant to 5th Circuit Rule 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5th Circuit Rule 47.5.4.

No. 21-10127

(per curiam), *cert. denied*, 140 S. Ct. 494 (2019) (mem.).  Kam then moved to vacate the *Rooker-Feldman* dismissal under Federal Rule of Civil Procedure 60(b).  The district court denied Kam's Rule 60(b) motion as untimely and otherwise meritless.  *See* FED. R. CIV. P. 60(c); *Bailey v. Ryan Stevedoring Co.*, 894 F.2d 157, 160 (5th Cir. 1990); *Carter v. Dolce*, 741 F.2d 758, 759 (5th Cir. 1984).  Kam filed this *pro se* appeal.  Upon review of the party's briefs, the district court's opinion, the applicable law, and the entire record, we affirm for substantially the same reasons stated in the district court's opinion and order.

AFFIRMED.